UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 96-6050

CURTIS LAKES,

Petitioner - Appellant,

versus

S. R. WITKOWSKI; T. TRAVIS MEDLOCK, Attorney
General of the State of South Carolina,

Respondents - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Columbia. Matthew J. Perry, Jr., Senior Dis-
trict Judge. (CA-94-2971-3-OBC)

Submitted:  April 15, 1996          Decided:  May 2, 1996

Before ERVIN and MOTZ, Circuit Judges, and CHAPMAN, Senior Circuit
Judge.

Dismissed by unpublished per curiam opinion.

Curtis Lakes, Appellant Pro Se. Donald John Zelenka, Chief Deputy
Attorney General, Columbia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying his motions for rehearing, properly construed pursuant to Fed. R. Civ. P. 60(b), and for oral argument. We have reviewed the record and the district court's opinion and find no reversible error. See United States v. Williams, 674 F.2d 310, 312 (4th Cir. 1982). Accordingly, we deny a certificate of probable cause and dismiss on the reasoning of the district court. Lakes v. Witkowski, No. CA-94-2971-3-OBC (D.S.C. Dec. 11, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED